IN THE UNITED STATES DISTRICT COURT
FOR THE
~~WESTERN~~ EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
DEC 15 2020
JAMES W. McCORMACK, CLERK
By: DEP CLERK

Ex Parte Gary M. Chambers PLAINTIFFS

VS. Case no ; ED 2:16-Cr

Mike McCormick et al DEFENDANTS

4:20-cv-01476-LPR

COMPLAINT (CLASS ACTION)

Comes now the PLAINTIFF, Gary M. Chambers, and for his first complaint in the above named case filed pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § Section 1331 in the Eastern District of Arkansas Little Rock Division. Pursuant to the Federal Rules of Civil Procedure the Plaintiffs, Pro Se, are allowed to amend the complaint without leave until this Honorable Court is answered by the Defendants, afterward a 21 day period is allowed to amend without leave. This complaint is both timely and needed to clear up matters of law for this Honorable Court. Due process jurisdiction belongs to Supreme Court.

First and Foremost, the Plaintiffs (class action) plead under Supreme Court Rule 29, and all named defendants are subject to be served. The underlying problems involve Congressional Acts, not federal laws, that ephedrine products of 5% or less to be exported by the Chinese government without legal liability to the Chinese companies (Alibaba-BABA-NYSE) and American companies, such as Amazon, who sell the product isopropylbenzylamine, "ICE", on their electronic platforms. All of these companies are publicly traded on the New York Stock Exchange. The State of Arkansas and its actors are incarcerating citizens for items sold legally. Also in Spring of 2020 the General Assembly of Arkansas passed a Political act that suspended Speedy Trial rights. The Plaintiffs believe these acts to be a conspiracy to take civil rights under 18 U.S.C. § 241 and a violation of Ex Post Facto Provisions specifically Prohibited by the United States Constitution. In addition, these illegal sentences and convictions by the State of Arkansas, and its actors, are depriving the Plaintiffs ~~the Right~~ to Freedom of Conviction and Freedom of Confinement.

This case assigned to District Judge Rudofsky
and to Magistrate Judge Harris

The Plaintiffs also plead for relief under 28 U.S.C. § 2244(d)(1)(2012); 28 U.S.C. § 2245; 28 U.S.C. § 2255; 28 U.S.C. § 2101(e); 18 U.S.C. § 3006A(d)(7); Supreme Court Rules 10, 11, 17, 19, 20, 34.1 and under these pleadings ALL NAMED DEFENDANTS CAN BE SERVED. The Plaintiffs also accuse the Defendants, In Kind, of violating 28 U.S.C. § 2241-66 (2012); 18 U.S.C. § 1961-1968; 21 U.S.C. § 846 46 U.S.C. App. § 1963; 42 U.S.C. § 1985; 18 U.S.C. §§ 1962 and 1964; 28 U.S.C. § 2403(a)(b); 28 U.S.C. § 451 and 28 U.S.C. § 1254(2); 18 U.S.C. § 1963 (a)(2)

I. Previous Lawsuits

A. The Plaintiffs (CLASS ACTION) have begun 3 lawsuits not including this one and have sent notice to the Western District of Arkansas and the 8th Circuit Court of Appeals to be ersoined in one CLASS ACTION suit, with the associated Complaints and Amended Complaints as the main sources for any Report and Recommendation by the Honorable Magistrates and United States District Judges of the Eastern/Western Districts of Arkansas. The Plaintiffs note to the Court (Due Process) that under Supreme Court Rule 29, acts of Congress and General Assembly of Arkansas can only be adjudicated by the Supreme Court of the United States. Should the Courts recommend De Novo review to the higher Courts, as it should be, the Plaintiffs will not object. As it stands, any R&R to dismiss will be OBJECTED by the Plaintiffs for Jurisdiction See Mireles v. Waco, 502 U.S. 9, 11, 112 S. Ct. 286, 116 L. Ed. 2d 9 (1991).

1. Burchfield v. McCormick et al. 6:20-CV-06121 (Amended) R&R OBJECTED
2. Burchfield v. Jones et al. 6:20-CV-06135 (Amended) (Daniel Churchwell)
3. Jefferson v. Jones et al. 4-6:20-CV-06142 (Amended) 12/7/2020-12/8/2020
4. Chambers v. McCormick et al. 2:20-CV-
5. Lloyd C. Jensen v. Barry A. Bryant et al, 6:20-CV-

B. The Parties (Class Action)

Plaintiffs (Pre-trial Detainees & Inmates of Arkansas) have all expressed to have, Bradley C. Burchfield, represent them and answer all motions and/or responses from this Honorable Court, as some Plaintiffs can not read nor write or intelligently respond to this Court with proper case law and quoted pleadings.

C. PLAINTIFFS (Class Action)

1. Gary M. Chambers - PO Box 970 Marianna, AR 72360 (Meth Pre 2016; Covid 19 testing; Rule 37; Habaes)
2. Aaris D. Jefferson - (Meth & Paraphnelia); Covid 19 testing; ACC Hold; Hep A-C) HIV
3. Bradley C. Burchfield - (Meth & Para; 13 U.S.C. Violation GCDC; Requested Medical Covid denied) HIV
4. Matthew Addison - Covid; Speedy Trial; Hep A-C; HIV
5. Robert Collins - Covid; Hep A-C; Speedy Trial; HIV
6. Kenneth Novak Jr - Covid; 13 U.S.C.; Hep A-C (Trinity Service Group); Speedy Trial; HIV
7. Calvin Davis - Covid; Hep A-C; Speedy Trial Rights
8. David Charles - Meth; Covid; Hep A-C; HIV; Speedy Trial
9. Richard Tackett - Speedy Trial; Meth; Covid; Hep A-C; HIV; Habaes Corpus 12/14/2020
10. Richard Albert Grishan - Meth; Covid; Hep A-C; HIV; Habaes filed 12/8/2020; Speedy trial
11. Tommy Burdue - Covid; Hep A-C; HIV; Speedy trial
12. Calvin Dion - Covid; Hep A-C; HIV; Speedy Trial
13. David Boring - Covid; Meth (Para); Hep A-C; Speedy Trial
14. Nicholas Schrader - Covid; Hep A-C; Speedy Trial
15. Rayson Clayton - Speedy Trial; Covid; Hep A-C;
16. Darius Walker - Covid; Meth & Cocaine (Discrimination); Hep A-C; Speedy Trial
17. Hunter A. Byers - Contracted Hep A 11/25/2020; Covid; Hep A-C; HIV; Speedy Trial
18. Daniel Churchwell - 06135 (Signed); 13 U.S.C. Violation (Pro-trial); Covid 19; Speedy trial
19. Dante Serrano - Covid; Paraphnelia; Speedy trial
20. Michael R. Brown - Requested Covid 19; Meth charges dropped after filing State Court
21. Inmates and Pre-Trial Detainees of State of Arkansas
22. Lloyd C. Jensen Jr. Isopropylbenzylamine (Federal Pre-Trial Detainee)

III. All facts including Alibaba and Amazon (Sell isopropylbenzylamine) were presented to GCDC (Sheriffs Dept.) on SECURUS tablets. We requested Hep A-C testing, Covid 19, and HIV Tests and vaccines, respectively. Also filed in State Court. Will Subpoena all at Discovery. Dep. Rowland verified isopropylbenzylamine on Amazon 11/29/2020.

IV Defendants - Sued in Personal and Official Capacity, Respectively. (Official and Personal)

1. Joe Jones - Trinity Services Group Supervisor; 3564 Albert Pike, Hot Springs AR 7191.
2. Mike McCormick - Sheriff GCDC - 3564 Albert Pike Hot Springs, AR 71913 (Pers. and Off)
3. Steven Elrod - Chief (Jail Admin) 3564 Albert Pike, Hot Springs, AR 71913 (Pers. and official)
4. Donald Trump - Personal cap.; 1600 Pennsylvania Ave. Washington D.C. 20530
5. Absallom Tilley - (Jail Dr. Turnkey Health) 3564 Albert Pike Hot Springs, AR 71913 (Pers & Of
6. Briggette Johnson - (RN, HSA; Turnkey Health) 3564 Albert Pike; Hot Springs, AR 71913 (Pers & off
7. Betty Doe I - (RN older nurse Turnkey) See Above (Personal and Official)
8. Asa Hutchinson - (Governor Ark. - Supreme Court Rule 29) Little Rock, AR (Pers + off)
9. Leslie Rutledge - (Ark Att. Gen. Sup. C. Rule 29) Little Rock, AR (Pers + off)
10. Richard Davis - (Arresting Off. HSPD) 641 Malvern Ave. Hot Springs, AR 71901 (Pers. & off)
11. Tim Beckham - (Public Defender - Sup. C. Rule 29) 223 Woodbine, HS, AR 71901 (Pers & off
12. Members U.S. Congress (Sup. C. Rule 29) (Personal Capacity) 28 U.S.C. § Section 1331
13. Members U.S. Senate (Sup. C. Rule 29 (Personal Cap) 18 U.S.C. § 241 ↑ ↓
14. Jack Ma (Alibaba.com - owner) Chinese Representative Sup. C. Rule 29;
15. Jeff Bezos (Amazon owner - Isopropylbenzylamine sold on platform) ↕
16. Johnny Doe I - Director DEA (Isopropylbenzylamine legal) Personal Capacity
17. David Zhang - CEO Alibaba - Sup. C. Rule 29; 18 U.S.C. § 241 etc.
18. Johnny Doe Jr. - Director FBI - Sup. C. Rule 29; 18 U.S.C. Section 1331; 18 U.S.C. § 241
19. Gina Haskell - Director CIA - 18 U.S.C. § 241; Sup. C. Rule 29; Class. Inf. Pro. Act
20. Johnny Doe III - Director CDC - Covid Testing; Sup. C. Rule 29 (Personal) 18 U.S.C § 1331
21. Little Johnny Doe IV - U.S. Secret Service; Sup. C. Rule 29; 18 USC. § 241 (Personal)
22. Trent Daniels - Dep. Prosecuting Atty; (Personal) Hot Springs, AR Injunctive
23. Michelle Lawrence - Prosecuting Atty (Personal) Hot Springs, AR Injunctive
24. Judge Hernsberger - Sup. C. Rule 29 (Jurisdiction) Personal Cap. Hot Springs, AR ←
25. Judge Homer Wright - Sup. C. Rule 29 (Jurisdiction) Personal Cap. Hot Springs, AR ←
26. Judge Ohms (Holmes) - Sup C. Rule 29 (Jurisdiction) Personal Cap.; Hot Springs, AR ←
27. William Barr - U.S. Atty. Gen (Sup. C. Rule 29; 28 U.S.C. Section 1331) (Personal) ←
28. Lieutenant Stapleton - GCDC (Pers. + Off) "Said paychecks were in the mail."
29. Jane/John Doe V - ADC Director (Ark. Dept. Corr.) (Personal + Official) & Sup. C. Rule 29
30. Members Arkansas Bar Association (Little Rock, AR) (Personal + Official) Sup. C. Rule 29
31. Arkansas Community Corrections Director (Jane/John VI Doe) (Personal + Official)

At all times Aaris D. Jefferson was being held at GCDC. Currently being held on Parole revocation for meth (isopropylbenzylamine) paraphernalia. Mr. Jefferson had a previous sentence (illegal) for meth related charges.

32. Leyuan Wang Luna - Alibaba Consignee; 6834 Cantrell Rd Little Rock, AR 72207 Apt 216

VI Statement of Claim

Claim # 1 - 20-06135; 20-06121; 20-06142

Type of Claim - Denial of Requested Medical Care; Denial of Due Process; Excessive Force; Cruel and Unusual Punishment

Date of the Occurence: On or about 03/01/2020 until Present (Covid Continuing)

Name of Each Defendant: Entire Defendant list; GCDC; Turnkey Health

Name of Each Plaintiff: Gary M. Chambers (ADC Inmates); Aaris D. Jefferson (ACC) Matthew Addison; Robert Collins; Kenneth Novak Jr.; David Charles; Richard A. Grisham; Tommy Burdue; Calvin Dion; David Boring; Nicholas Schrader; Rayson Clayton; Darius Walker; Bradley C. Burchfield; Hunter A. Byers; Dante Serrano; Inmates and Pre-Trial Detainees of GCDC and State of Arkansas

There has been no Covid-19, Hep A-C, or HIV testing at GCDC ever at request by inmates. Aaris D. Jefferson was told in a request from a Turnkey Health representative "We do not do Covid tests." On 11/25/2020, Hunter A. Byers contracted Hep A and was put in isolation and no vaccine has been offered to the inmate population (Maturation). "Failing to adequately screen incoming prisoners (pre-trial detainees) constitutes a serious threat to the well-being of the (pre-trial) inmates." This policy/practice of GCDC (ACC, ADC, State of Arkansas) and Turnkey Health, "is punishment under the due-process clause of the United States Constitution" Quoting Lareau vs. Manson (2nd Cir. 1981)

In an attempt to save money (official capacity) correctional officers (ACC, ADC, and GCDC) breached the "duty to protect", most importantly to pre-trial detainees, the inmates of the State of Arkansas. By Turnkey Health's response to Aaris D. Jefferson, a black inmate, it clearly shows (by enjoined parties See Hold harmless for GCDC Inmate Worker Program) the Policy of GCDC in regards to pre-trial detainees of color and ACC and ADC black inmates being held at GCDC. ACC and ADC, respectively, have breached their "duty to protect" by not enforcing "state and federal laws" and their own policies, with regards to the health and well-being of inmates held at GCDC. Also, inmates being transferred to ADC and ACC facilities are not being tested for Covid-19 on Exit from GCDC or entrance to ACC/ADC facilities.

Claim Number #2 (6:20-CV-06121; 20-06135; 20-06142; Gary M. Chambers

Type of Claim - Freedom from Conviction and Confinement; Due Process; Ex Post Facto; Equal Protection; Conspiracy to take Civil Rights 18 U.S.C § 241; 18 U.S.C. § 1961-1968; 21 U.S.C. § 846; 46 U.S.C. App § 1963; 42 U.S.C. § 1985; 18 U.S.C. §§ 1962 and 1964; 28 U.S.C. § 2403 (a)(b); 28 U.S.C. § 451; 28 U.S.C. § 1254 (2); 18 U.S.C. § 1963 (a)(2) (Federal Racketeering - Enterprise Forfeiture)

Date of the Occurence: 9/7/2020; 3/2016; 3/2012; Aaris D. Jefferson (06142 Date 3)
Richard Tackett (18 months prior to arrest); Pre-2016 93rd General Assembly of Congress (Chinese "Trade Agreement")

Name of Each Defendant - Entire Defendant List; Sup. C. Rule 29

Name of Each Plaintiff - Aaris D. Jefferson; Bradley C. Burchfield; Richard Tackett; Gary M. Chambers (ADC); David Charles; Richard A. Grisham; David Baring (Barings); Darius Walker; GCDC Inmates (where applicable); Inmates of the State of Arkansas; Arkansas Dept. Corrections Inmates; Arkansas Communities Corrections Probationees & Parolees; ETC.; Dante Serrano; Lloyd C. Jensen

Congressional Acts by (On or about) 93rd General Assembly and Senate, signed by President (Possible owner / Personal Capacity), instituted a policy that allowed the Chinese Government and Chinese Companies owned by Jack Ma (Alibaba.com) and operated by David Zhang (CEO) to export "products containing 5% ephedrine or less" to the United States. That product is isopropylbenzylamine ("ICE"), and sold on platforms like Amazon (Jeff Bezos - Owner). These policies, congressional acts, are creating a public health epidemic. In turn, the State of Arkansas (and other states) are convicting citizens for possession of isopropylbenzylamine (Methamphetamine) and related paraphrelia. This is a clear violation of the Ex Post Facto provision specifically prohibited by the Constitution of the United States of America. This is a deprivation of civil rights (Conspiracy - 18 U.S.C. § 241), on a very large scale, and takes away freedom from conviction and confinement. It's no different than the case against Purdue Pharma and the opiod crisis.

In addition, the Classified Information Procedures Act (CIA) aimed at gaining information about low-level drug runners has done nothing but gain illegal information that can't be used in court per Dept. of Justice. On the other hand, Chinese products (narcotics) are being imported "legally" by the metric ton and the CIA, FBI, and DEA have made no arrests. For the court's record, all of these "companies" are publicly traded on the New York Stock Exchange and monies are funneled through Citibank in New York. Plaintiff Chambers resides in the Eastern District. They did this under color of federal and state law.

Claim Number #3 - (6:20-cv-06121; Aaris D. Jefferson; 4:20-cv-06142; State of Arkansas (2020) Inmates and pre-trial detainees; 6:20-cv-06135

Type of Claim - Denial of access to the courts; Denial of Speedy Trial; opening legal mail (Aaris D. Jefferson); Not allowed to file own motions in Criminal Court (Burchfield)

Date of the Occurence - 2020 (March) Acts of General Assembly of Arkansas; 10/5/2020; 11/10/2020; 10/16/2020 (Jefferson/GCDC)

Name of Each Defendant - Entire Defendant list; Sup. C. Rule 29

Name of Each Plaintiff: All Plaintiffs named in Pro: a Defendants of State of Arkansas and United States

State of Arkansas (General Assembly) passed a political act, qualifying as an Ex Post Facto violation, that suspended "Speedy Trial Rights" of pre-trial detainees in violation of Arkansas and United States Constitution, respectively. This has been an excuse by County (Garland County) defendants and state actors when not taking pre-trial detainees to trial even though some were here before (2 years to 10 months prior) Covid-19 began. No political act can suspend unalienable rights guaranteed by the United States Constitution. Mr. Jefferson's legal mail was opened and Mr. Burchfield is being denied the right to represent himself and file his own motions.

Mr. Chambers resides in the Eastern District of Arkansas and is being denied Habaes and other collateral attack remedies due to ineffective counsel at Plea/trial setting. (See 2:16-CV-121-DPM-BD Enjoinder/Misjoinder applicable) Sentenced out of Garland County (GCDC) (Chau

Claim Number #4 - 06135 WD ARK; 06142 WD ARK

Type of Claim - 13 U.S.C. Amendment Violation (GCDC); Due Process; Cruel and Unusual Punishment; Denial of Medical (Hurt on job 11/9/2020 Denied medical Burchfield)

Date of the Occurrence - 10/21/2020 - 11/10/2020 (Burchfield); ongoing; 1865

Name of Each Defendant - Entire Defendant List; Sup. C. Rule 29

Name of Each Plaintiff - Bradley C. Burchfield; GCDC Inmate Worker Program; Inmates of Arkansas; ADC Inmates; ACC Inmates; Pre-Trial State and Federal Detainees

Bradley C. Burchfield and other "Pre-trial" detainees are being forced to work with no pay in violation of the 13th Amendment of the United States Constitution as "pre-trial detainees" and have not been "duly committed to a penal institution" per the 13th Amendment. This practice has been common policy in the State of Arkansas since 1865. Mr. Burchfield was injured in the course of his duties on 11/09/2020 and other pre-trial detainees were forced to sign a "hold harmless" on 11/10/2020 by GCDC. That hold harmless enjoined GCDC, Turnkey Health, and Trinity Services Group as the "Parties". Burchfield has a copy. All of Iowa DOC has factories attached to units and all inmates get a wage, pay taxes, boarding, etc.

VII Relief

Compensatory Relief in the amount of $50 Billion dollars for deprivation of constitutional rights. Prison sentences are real injuries. Being labeled a drug addict, an injury.
Punitive damages in the amount of $50 Billion dollars to deter the Defendants, respectively, from engaging in these malicious acts in the future. Systematic incarceration and malicious prosecution for substance legal per DEA (Isopropylbenzylamine) is a real conspiracy to take civil rights under 18 U.S.C. § 241 and other Statutes applicable.
Injunctive Relief - against Defendants, in kind, to address the deprivation of rights incurred by the citizens of Arkansas and United States up to criminal prosecution for False Imprisonment under Arkansas Law § 5-11-103; § 5-11-104; and Permanent Detention § 5-11-106.

RESPECTFULLY SUBMITTED
Ex Parte Gary Max Chambers
P.O. Box 970
Marianna, AR 72360

prepared by Power of Attorney
Bradley C. Burchfield

12/06/2020

12/06/2020

To the Clerk:

As Power-of-Attorney for Mr. Gary M. Chambers, I, Bradley C. Burchfield, have added him as a plaintiff, at his request, in 3 cases filed in the Western District of Arkansas See 6:20-CV-06121; 20-06155; 20-06142; Plus one unassigned case number. As Mr. Chambers is currently residing in Arkansas Department of Corrections East Arkansas Regional Unit, P.O. Box 970 Marianna, AR 72207 ADC # 551596 See attached Power-of-Attorney dated 2016. As Mr. Chambers resides in the Eastern District I believe the Eastern District would be more proper jurisdiction to begin in his case.

Could you please forward a true and complete copy of the complaint to Mr. Chambers with an IFP and IFP? one to me as 2012-2017 I was an inmate in the Eastern District. I have included a complete account and assets from my current place of incarceration. Furthermore, as Mr. Chambers attorney of record and →

representative for the other inmates listed on affidavit (filed Western District) could you forward a copy of any Report and Recommendation to my last known address below. I will notify the court if it changes. As a class action proceeding we are afforded an appointment of counsel, of our choosing.

Also Mr. Chambers and the group do not give consent for the Magistrate to rule in part or entirety. As this case ultimately concerns Acts or omissions of Congress and the General Assembly of Arkansas, per Supreme Court Rule 29, the Supreme Court of the United States has the only proper jurisdiction. For proper Due Process, already violated by Barry A. Bryant, we ask that the case go through the proper channels and chain of command.

P.S. The pig is in the ground
The bear is on ice. And
all my rowdy friends...

Bradley C. Burchfield
3564 Albert Pike
Hot Springs, AR 71913

12/6/2020

Form 11

**28-68-401. Statutory form of power of attorney.**

STATUTORY POWER OF ATTORNEY

NOTICE: THE POWERS GRANTED BY THIS DOCUMENT ARE BROAD AND SWEEPING. THEY ARE EXPLAINED IN THE UNIFORM STATUTORY FORM POWER OF ATTORNEY ACT. IF YOU HAVE ANY QUESTIONS ABOUT THESE POWERS, OBTAIN COMPETENT LEGAL ADVICE. THIS DOCUMENT DOES NOT AUTHORIZE ANYONE TO MAKE MEDICAL AND OTHER HEALTH-CARE DECISIONS FOR YOU. YOU MAY REVOKE THIS POWER OF ATTORNEY IF YOU LATER WISH TO DO SO.

I, Gary Chambers P.O. Box 970, Marianna, AR 72360, (insert your name and address) appoint Bradley Burchfield P.O. Box 970, Marianna, AR 72360 (insert the name and address of person appointed) as my agent (attorney-in-fact) to act for me in any lawful way with respect to the following initialed subjects:

TO GRANT ALL OF THE FOLLOWING POWERS, INITIAL THE LINE IN FRONT OF (N) AND IGNORE THE LINES IN FRONT OF THE OTHER POWERS.

TO GRANT ONE OR MORE, BUT FEWER THAN ALL OF THE FOLLOWING POWERS, INITIAL THE LINE IN FRONT OF EACH POWER YOU ARE GRANTING.

TO WITHHOLD A POWER, DO NOT INITIAL THE LINE IN FRONT OF IT. YOU MAY, BUT NEED NOT, CROSS OUT EACH POWER WITHHELD.

INITIAL

______(A) Real property transactions.

______(B) Tangible personal property transactions.

______(C) Stock and bond transactions.

______(D) Commodity and option transactions.

______(E) Banking and other financial institution transactions.

______(F) Business operating transactions.

______(G) Insurance and annuity transactions.

______(H) Estate, trust, and other beneficiary transactions.

GMC (I) Claims and litigation.

______(J) Personal and family maintenance.

______(K) Benefits from social security, Medicare, Medicaid, or other governmental programs, or military service.

______(L) Retirement plan transactions.

______(M) Tax matters.

______(N) ALL OF THE POWERS LISTED ABOVE. YOU NEED NOT INITIAL ANY OTHER LINES IF YOU INITIAL LINE (N).

SPECIAL INSTRUCTIONS: Case: 2:16-cv-121-DPM-BD

ON THE FOLLOWING LINES, YOU MAY GIVE SPECIAL INSTRUCTIONS LIMITING OR EXTENDING THE POWERS GRANTED TO YOUR AGENT.

______0

______0

______0

______0

______0

______0

______0

______0

______0

UNLESS YOU DIRECT OTHERWISE ABOVE, THIS POWER OF ATTORNEY IS EFFECTIVE IMMEDIATELY AND WILL CONTINUE UNTIL IT IS REVOKED.

This power of attorney will continue to be effective even though I become disabled, incapacitated, or incompetent.

**STRIKE THE PRECEDING SENTENCE IFYOU DONOT WANT THIS POWER OF ATTORNEY TO CONTINUE IF YOU BECOME DISABLED, INCAPACITATED, OR INCOMPETENT.**

I agree that any third party that receives a copy of this document may act under it. I agree to indemnify the third party for any claims that arise against the third party because of reliance on this power of attorney.

Signed this 11 day of October, 2016

________________________
(Your Signature)

0823
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
(Your Social Security Number)

State of Arkansas

(County) of St. Francis

This document was acknowledged before me on OCT 11 2016 (Date) by ________________ (Name of principal) ________________

________________________
(Signature of notarial officer)

(Seal, if any)

WALLACE B. McNARY
NOTARY PUBLIC-STATE OF ARKANSAS
ST. FRANCIS COUNTY
My Commission Expires 12-14-2024
Commission # 12403570

CPT
(Title(and Rank) )

[My Commission Expires: 12-14-2024 ]

BY ACCEPTING OR ACTING UNDER THE APPOINTMENT, THE AGENT ASSUMES THE FIDUCIARY AND OTHER LEGAL RESPONSIBILITIES OF AN AGENT.

No. GCDC202011

**CERTIFICATE of INMATE ACCOUNT and ASSETS**

I certify that the applicant, Bradley C. Burchfield, has the sum of $ 0.09 on account to his/her credit at the Garland County Detention Center institution where he/she is confined. I further certify that the applicant likewise has the following securities to his/her credit according to the records of said institution:

No securities on file.

I further certify that, during the last six months, (a) the applicant's average inmate account balance was $ 7.00, and (b) the average of the monthly deposits to the inmate account was $ 76.50.

Based on the above inmate account information, I calculate that 20 percent of the greater of (a) or (b) above is $ 15.30.

Attached is a certified copy of the trust fund account statement for the applicant for the last six months.

Signed this 17th day of November, 20 20.

[signature]

Authorized Officer of Institution

[redacted]

Burchfield #85330
3564 Albert Pike
Hot Springs, AR 71913

LITTLE ROCK AR 720
11 DEC 2020 PM 4 L




This mail originates from [illegible]
the [illegible] Center
[illegible]

Legal Mail

United States Courthouse
600 West Capitol Ave. RM A149
Little Rock, AR 72201

Legal Mail

72201-333919