# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**BRADLEY C. BURCHFIELD**                                           **PLAINTIFF**

**v.**                          **Case No: 4:20-CV-01476-LPR**

**JOE JONES**, *et al*.                                                 **DEFENDANTS**

## ORDER

Plaintiff Bradley C. Burchfield was in custody when he filed this action *pro se*. (Doc. 1).[1] Mr. Burchfield did not pay the $400 filing and administrative fee or file an Application to Proceed Without Prepayment of Fees and Affidavit ("IFP Motion"). On December 22, 2020, the Court instructed Mr. Burchfield that to proceed with this action, he must either pay the fee or file a complete IFP Motion within 30 days. (Doc. 14). Mr. Burchfield was warned that his failure to comply with the December 22, 2020 Order would result in the dismissal of his case without prejudice. (*Id*.) (*citing* LOCAL RULE 5.5(c)(2)).

Mr. Burchfield has not complied with or otherwise responded to the December 22, 2020 Order, and the time for doing so has passed.[2] Accordingly, this case is dismissed without prejudice pursuant to Local Rule 5.5(c)(2). All pending motions are denied as moot. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

---

[1] It is unclear whether Mr. Burchfield is a Plaintiff in this case or simply trying to act as the lawyer for the Plaintiff or Plaintiffs. (*Compare* Doc. 1, identifying the Plaintiff as Gary M. Chambers, *with* Doc. 2, identifying Mr. Burchfield as a Plaintiff and as representing others, *with* Doc. 12, identifying Mr. Burchfield as the Plaintiff). Of course, if the latter is correct, he may not do so. Mr. Burchfield is not a lawyer and may not file or litigate a case for another person. *Buckley v. Dowdle*, No. 08-1005, 2009 WL 750122, at *1 (8th Cir. Mar. 24, 2009) (affirming dismissal of *pro se* complaint filed on behalf of another); *Fymbo v. State Farm Fire and Cas. Co.*, 213 F.3d 1320, 1321 (10th Cir. 2000); *Oxendine v. Williams*, 509 F.2d 1405, 1407 (4th Cir. 1975); *cf. Knoefler v. United Bank of Bismarck*, 20 F.3d 347, 348 (8th Cir. 1994).

[2] The Court also notes that mail from the Court to Mr. Burchfield is being returned as undeliverable. (Docs. 15-18). It appears Mr. Burchfield failed to update his address with the Court.

IT IS SO ORDERED this 26th day of January, 2021.

                                                         _____
                                                         LEE P. RUDOFSKY
                                                         UNITED STATES DISTRICT JUDGE

2